UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

FILED
2013 NOV 18  P 12: 33
CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| STS INTERNATIONAL, INC., <br> 204 Sand Mine Road <br> Berkeley Springs, WV 25411 <br><br> Plaintiff, <br><br> v. <br><br> WASHINGTON SQUARE <br> ASSOCIATES, INC., <br> 125 Woodstream Boulevard <br> Suite 101 <br> Stafford, VA 22556 <br><br> Serve: Michael F. Mitrione <br> 207 Bulkhead Cove <br> Stafford, VA 22554 <br><br> Defendant. | Civil Action No. 1:13cv1413 <br> AJT/TCB |

## COMPLAINT FOR BREACH OF CONTRACT

Plaintiff, STS International, Inc., by and through counsel Loughran Potter, alleges as follows for its complaint against Washington Square Associates, Inc.:

### JURISDICTION AND VENUE

1.  This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1332. The matter in controversy exceeds the sum of $75,000, exclusive of interest and costs, and this action is between citizens of different states.

2.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b). The Defendant resides in this judicial district.

### PARTIES

3.  Plaintiff STS International, Inc. ("STS") is a corporation organized and existing

under the laws of West Virginia with its principal place of business in West Virginia. Pursuant to 28 U.S.C. § 1332(c)(1), STS is a citizen of the state of West Virginia.

4. Defendant Washington Square Associates, Inc. ("Washington Square") is a corporation organized and existing under the laws of the District of Columbia with its principal place of business in Stafford, Virginia. Pursuant to 28 U.S.C. § 1332(c)(1), Washington Square is a citizen of the District of Columbia and of the Commonwealth of Virginia.

## NATURE OF THE ACTION

5. On October 1, 2007, STS and Washington Square entered into a contract ("Subcontract Number REF-SC001-STS," attached hereto as **Exhibit A**) whereby STS would act as a subcontractor to Washington Square, providing certain goods and services to Washington Square so that Washington Square could fulfill the terms of a contract it held with the U.S. Army ("Prime Contract Number W9124Q-05-D-0802").

6. On May 28, 2010, Washington Square entered into a contract with the U.S. Government to extend the term of Prime Contract Number W9124Q-05-D-0802 ("Follow-on Prime Contract W91CRB-10-C-0111").

7. On May 28, 2010, in order to meet its obligations under Follow-on Prime Contract W91CRB-10-C-0111, Washington Square entered into a contract with STS to extend the term of Subcontract Number REF-SC001-STS ("Follow-on Subcontract REF-SC002-STS," attached hereto as **Exhibit B**).

8. On August 1, 2011, STS and Washington Square entered into an extension of Follow-on Subcontract REF-SC002-STS, extending its term through November 30, 2012 (the "Extension," attached hereto as **Exhibit C**, and, together with Subcontract Number REF-SC001-STS and Follow-on Subcontract REF-SC002-STS, the "Subcontracts").

9. STS performed its obligations under the Subcontracts.

10. On information and belief, Washington Square collected all amounts due from the U.S. Government under Prime Contract Number W9124Q-05-D-0802 and Follow-on Prime Contract W91CRB-10-C-0111.

11. Washington Square failed to pay STS fully the amounts due STS under the Subcontracts.

12. On December 13, 2011, STS sent an invoice (the "Invoice," attached hereto as **Exhibit D**) to Washington Square in the amount of $336,309.44 for services rendered pursuant to the Subcontracts.

13. On February 15, 2012, in response to an inquiry from STS, Washington Square sent a letter to Mr. David Morgan, Vice President of Operations for STS, acknowledging that Washington Square had failed to pay the Invoice and that the invoice amount, $336,309.44, properly was due to STS for services rendered pursuant to the Subcontracts ("February 15, 2012 Letter," attached hereto as **Exhibit E**).

14. On October 22, 2012, Mr. Morgan sent a letter to Washington Square stating that Washington Square still owed $261,309.44 of the Invoice amount for services rendered pursuant to the Subcontracts.

15. On October 25, 2012, Washington Square sent a letter to Mr. Morgan acknowledging that Washington Square still owed STS $261,309.44 of the Invoice amount for services rendered pursuant to the Subcontracts ("October 25, 2012 Letter," attached hereto as **Exhibit F**).

Since October 25, 2012, Washington Square has paid an additional $8,000.00 to STS, but Washington Square still has not paid to STS $253,309.44 of the amount due under the

Invoice for services rendered pursuant to the Subcontracts.

### CLAIM FOR RELIEF
(Breach of Contract)

16. STS incorporates each and every allegation contained in paragraphs 1-16 as if fully stated here.

17. The Subcontracts are each a legally enforceable contract between STS and Washington Square.

18. Washington Square breached the Subcontracts by failing to pay $253,309.44 due to STS.

19. As a result of Washington Square's breach of the Subcontracts, Washington Square damaged STS.

**WHEREFORE**, STS respectfully requests that judgment be entered in its favor and against Washington Square and that this Court award to STS the following:

i. Compensatory damages in the amount of $253,309.44 or such other amount as STS may prove;

ii. Pre- and post-judgment interest;

iii. Court costs and attorneys' fees; and

iv. Such further relief as the Court deems proper.

Respectfully submitted,

_[signature]_

M. Loughran Potter (VSB #85163)
Thompson Coburn, LLP
1909 K Street, N.W. Suite 600
Washington, DC 20006-1167
Telephone: (202) 585-6982
Facsimile: (202) 508-1032
Email: lpotter@thompsoncoburn.com
*Counsel for Plaintiff STI International, Inc.*